AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
06/21/2019
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:19-M -02051(1) |
| | § |
| (1) Jesus Lopez-Olivas | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Jesus Lopez-Olivas, was presented by counsel, Shane O'Neal.

The defendant pled guilty to the complaint on June 21, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | June 16, 2019 |

As pronounced on June 21, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 21st day of June, 2019.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| USA § § | |
| vs. § | Case Number:   PE:19-M -02051(1) |
| (1) Jesus Lopez-Olivas § | |
| *Defendant* § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On June 21, 2019, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X )   O'Neal, Shane   FPD

**Bond**
(  )   No Bond Set.
**Next Hearing**
(  )   n/a

## SENTENCE IMPOSED BY THE COURT

( X )   WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
        SENTENCE: __TIME SERVED__   FINE: __NO__   S/A: __REMITTED__

(  )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
        SENTENCED to:   __1 YEAR(s) PROBATION__, FINE: __NO__   S/A: __REMITTED__

(  )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
        SENTENCED to:   __75__ DAYS, FINE: __NO__   S/A __remitted__

(  )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:** __YES__        Court Reporter  Ann Record
**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is : _
Time:   09:49 - 09:58 a.m.   00 Minutes   Arrested:   06/19/2019  in Presidio County

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
06/21/2019
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

USA §
  § CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:19-M -02051(1)
  §
(1) Jesus Lopez-Olivas §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2019** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.

in violation of Title     **8**     United States Code, Section(s)     **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:  "The defendant, Jesus LOPEZ-Olivas was arrested on June 19, 2019, in the Western District of Texas by Marfa Border Patrol Agents. The defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about June 16, 2019 in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Labori, Jorge L.
Border Patrol Agent

June 21, 2019
Date

at    Alpine, Texas
City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -02051(1)

WESTERN DISTRICT OF TEXAS

(1) Jesus Lopez-Olivas

FACTS   (CONTINUED)

entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Mexico.

The Government can prove that on June 16, 2019, the defendant, Jesus LOPEZ-Olivas, who is a native and citizen of Mexico, did enter or attempt to enter the United States illegally, near #PLACE OF ENTRY#, by crossing the Rio Grande River at a time and place other than designated by Immigration Officers, for entry into the United States.


IMMIGRATION HISTORY:
LOPEZ-OLIVAS, JESUS has no immigration history.

CRIMINAL HISTORY:
LOPEZ-OLIVAS, JESUS has no known criminal history.